UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LEO KRAMER, AUDREY KRAMER, | 3:18-cv-00001-MMD-WGC |
| Plaintiffs, | **MINUTES OF THE COURT** |
| vs. | January 23, 2018 |
| JPMORGAN CHASE BANK, N.A., *et al.*, | |
| Defendants. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is the parties' Stipulation for Extension of Time for Mortgage Electronic Registration Systems, Inc. to Respond to Complaint (ECF No. 8).

The Stipulation for Extension of Time for Mortgage Electronic Registration Systems, Inc. to Respond to Complaint (ECF No. 8) is **DENIED** without prejudice.  In view of the court's orders (ECF Nos. 11, 12), the case is stayed for thirty (30) days or until Plaintiffs and each of them post the required security.

Defendant Mortgage Electronic Registration Systems, Inc. shall have **twenty (20) days** thereafter to respond to Plaintiffs' Complaint.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:        /s/
            Deputy Clerk